UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
(Rural Development)
    Plaintiff

vs.                                              CIVIL NO. 98-2264 (JP)

ARMANDO SANTOS NEGRO, et. al.,

    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** November 4, 1999<br>**Docket #** 28<br><br>[X] **Plffs**  [] **Defts**<br><br>**Title:** Motion Informing Status of Administrative Discrimination Complaint | **NOTED.** Plaintiff United States of America **SHALL** next inform the Court of the status of the administrative discrimination complaint on or before **April 10, 2000.** |

Date: 11/12/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:            EOD:

By: _____   #29