UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
(Rural Development)
    Plaintiff

vs.                                                                                           CIVIL NO. 98-2264 (JP)

ARMANDO SANTOS NEGRO, et. al.,

    Defendants

# ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** April 10, 2000<br>**Docket #** 31<br><br>[X] **Plffs**   [] **Defts**<br><br>**Title:** Motion Informing Status of Administrative Discrimination Complaint | **NOTED.** Plaintiff United States of America **SHALL** inform the Court of the status of the administrative discrimination proceedings on or before **May 10, 2000**. |

Date: 4/26/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By:      #32