UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
(Rural Development)
    Plaintiff

vs.                                                                     CIVIL NO. 98-2264 (JP)

ARMANDO SANTOS NEGRO, et. al.,

    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** July 10, 2000<br>**Docket # 35**<br><br>[X] Plffs   [] Defts<br><br>**Title:** Motion Informing Status of Administrative Discrimination Complaint | By motion filed December 9, 1998, Plaintiff United States of America informed this Court that Defendant Armando Santos Negro had filed an administrative discrimination complaint with the U.S. Department of Agriculture on October 26, 1998, and requested a stay of the foreclosure proceedings on that basis. The Court granted Plaintiff's motion. By motion filed June 9, 1999, Plaintiff informed the Court that a decision in the administrative discrimination proceeding would be rendered within two or three months of that date. However, more than a year and a half after Defendant's filing of an administrative discrimination complaint, Plaintiff now informs the Court that a decision still has not been rendered. This Court is unwilling to stay this case any longer. As such, on or before **July 26, 2000**, Plaintiff **SHALL** inform this Court whether it wishes to voluntarily dismiss this action or whether it intends to proceed. Otherwise, the Complaint will be dismissed without prejudice. Justice delayed is justice denied. |

Date: 7/13/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By: _____ # 36