IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA     \*
Plaintiff     \*
    \*
V     \* Civil 98-2264
    \* Foreclosure
ARMANDO SANTOS NEGRON     \*
Defendant     \*
    \*

JUDGMENT

HAVING plaintiff filed for this Court's consideration, pursuant to Court order of July 13, 2000 and pursuant to Rule 41 of the Federal Rules of Civil Procedure, a motion requesting the voluntary dismissal of the instant action; it is hereby

ORDERED, ADJUDGED, AND DECREED that the instant case be DISMISSED WITHOUT PREJUDICE.

At San Juan, Puerto Rico this 31st day of July ,2000.

Hon. Jaime Pieras, Jr.
UNITED STATES DISTRICT COURT JUDGE