UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
(Rural Development)                    CIVIL NO. 98-2264(JP)

         Plaintiff                     FORECLOSURE OF MORTGAGE

     v.

ARMANDO SANTOS NEGRON, NYDIA
RIVERA ROSADO and the conjugal
partnership constituted by both

         Defendants

### ORDER FOR CANCELLATION OF LIS PENDENS

Upon motion by the plaintiff, United States of America, it is hereby ORDERED that the Lis Pendens made on the real estate property described hereinbelow by virtue of the Lis Pendens issued in this case, be cancelled and that a Writ for Cancellation of Lis Pendens be issued by the Clerk of this Court whereby the Registrar of Property of Arecibo, Section II, Puerto Rico, shall be directed to cancel of record said Lis Pendens:

> URBANA: Solar marcado con el número cinco (5) del Bloque "E" del plano de inscripción de la urbanización Ext. San Ramón, situada en el Barrio Pueblo del municipio de Hatillo, Puerto Rico, con una cabida superficial de CUATROCIENTOS NOVENTA Y DOS PUNTO OCHO CINCO METROS CUADRADOS (492.85 m/c) y en lindes por el Norte, en trece punto cuatro cero metros con la calle número diez; por el Sur, en trece punto cuatro ocho metros con la carretera estatal número ciento diecinueve; por el Este, en treinta y siete punto cinco cero metros con el solar número seis del bloque "E" y por el Oeste, en treinta y seis metros con el solar número cuatro del bloque "E".
>
> Enclava una estructura dedicada a vivienda construída de hormigón armado y bloque de hormigón.



U.S. v. Armando Santos Negrón, et al
Case No. 98-2264(JP)
Page 2

Plaintiff's mortgage is recorded at page 70, volume 178 of Hatillo, property number 9335, 1st inscription at the Registry of the Property of Arecibo, Section II, Puerto Rico.

Lis Pendens recorded at page 19, upon the above described property subject of this action.

Given at San Juan, Puerto Rico, this 7th day of Sept, 2000.

UNITED STATES DISTRICT JUDGE